IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

REGIONS BANK                                              PLAINTIFF/PETITIONER

v.                                                  Civil Action No. 4:09cv150TSL-LRA

COBURN YELVERTON AND
JEANIE YELVERTON                                    DEFENDANTS/RESPONDENTS


## AGREED FINAL JUDGMENT OF DISMISSAL WITHOUT PREJUDICE

CAME ON FOR HEARING the joint *ore tenus* motion of Plaintiff Regions Bank ("Regions") and Defendants Coburn Yelverton and Jeanie Yelverton ("the Yelvertons") for entry of this Agreed Final Judgment of Dismissal Without Prejudice.

Considering that the movants have resolved the disputes between them and wish to have this Judgment entered as part of that resolution and further considering that said *ore tenus* motion is an agreed one, this Court FINDS the *ore tenus* motion to be well-taken.

It is therefore, hereby ORDERED and FINALLY ADJUDGED that:

(1)   All of Regions' claims against the Yelvertons are DISMISSED WITHOUT PREJUDICE; and

(2)   Nothing herein shall prejudice Regions or the Yelvertons' right in the future to demand arbitration of any covered disputes between them or between them and any covered person under any applicable arbitration agreement.

SO ORDERED this the 21st day of April, 2010.

/s/Tom S. Lee_____
UNITED STATES DISTRICT JUDGE


Jackson 5068894v2